UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Case No.: 3:20-CR-77 JD |
| | ) | |
| ANKOMA H. KIRK | ) | 18 U.S.C. § 922(k) |

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about June 11, 2020, in the Northern District of Indiana,

**ANKOMA H. KIRK,**

defendant herein, knowingly possessed a firearm with an obliterated serial number that had travelled through interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(k).

Dated: August 12, 2020

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: *s/ Frank E. Schaffer*
Frank E. Schaffer
Assistant United States Attorney