AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

2020 AUG 18 PM 2:40

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-cr-00077 |
| | ) | |
| ANKOMA H. KIRK | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANKOMA H. KIRK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(k) Possession of a firearm with an obliterated serial number

Date: 08/13/2020

*Issuing officer's signature*

City and state: South Bend, IN

Robert N. Trgovich, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-13-2020, and the person was arrested on *(date)* 8-17-2020
at *(city and state)* La Porte, IN.

Date: 8/17/2020

*Arresting officer's signature*

Ryan Johnson SA
*Printed name and title*