UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-00077 JD |
| | ) | |
| ANKOMA KIRK | ) | |

### UNITED STATES' SENTENCING MEMORANDUM

Comes now the United States of America by Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, and by Frank E. Schaffer, Assistant United States Attorney, and submits the following memorandum in preparation for the sentencing hearing in this case.

### Circumstances of the Offense

Mr. Kirk was in possession of a handgun while traveling in a car at a high rate of speed in June of 2020. The firearm had the serial number obliterated. Officers also observed alcoholic beverage containers in the car.

### History of the Defendant

Mr. Kirk has a criminal history starting with several juvenile adjudications. Mr. Kirk has a prior firearm conviction and removed his ankle monitor while on release in this matter.

## Pending Matter

Mr. Kirk is also under investigation for a shooting at Coquillard Park here in South Bend in May of 2021. In videotape from a home bordering the park, a car could be observed pulling to a stop at the park. Then several individuals can be seen leaning out of the car and firing handguns into the park. In the video, families with children can be seen running and diving for cover. The car then proceeds to the opposite side of the park and shots are fired from the car again into the park. Two individuals were shot in the park and over 30 casings were recovered at the scene. Officers arrived at the park and dispatched out a description of the car involved. Approximately 4 hours later, the car is spotted in another area. When officers attempted to pull the car over, four individuals exited the car, including Mr. Kirk. All four were apprehended after a foot chase and 5 handguns were recovered. The handguns were linked ballistically to the shooting at Coquillard Park. One of the four individuals caught after the foot chase admitted that the four caught did the shooting and that Mr. Kirk was the driver. Cell phones found in the car were downloaded pursuant to a search warrant and video on the phones showed Mr. Kirk and the other three individuals apprehended handling and loading handguns in the car. When interviewed, Mr. Kirk admitted having possession of a handgun, but refused to answer any more questions. That case is being reviewed by the prosecutor's office for charges and the FBI as a possible gang shooting.

## United States' Sentencing Recommendation

The government recommends that the Court impose as punishment for Defendant Ankoma Kirk of a sentence at the HIGH END of the guideline range found to apply in this matter. The government would recommend a three (3) year supervised release period in this matter due to his actions.

Dated: August 25, 2021

        Respectfully submitted,

        TINA L. NOMMAY
        ACTING UNITED STATES ATTORNEY

By:   *s/ Frank E. Schaffer*
        Frank E. Schaffer
        Assistant United States Attorney
        Robert A. Grant Federal Building
        204 South Main Street
        Room M-01
        South Bend, Indiana 46601
        Phone: (574) 236-8287
        Email: frank.schaffer@usdoj.gov