**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>               **Plaintiff,**<br><br>**vs.**<br><br>**ANKOMA H KIRK**<br><br>               **Defendant.** | **CASE NUMBER: 3:20CR077-001**<br>**USM Number: 18374-027**<br><br>**DAVID E VANDERCOY - FCD**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to the violation of his term of supervised release listed below.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Condition No. 1, Grade B Violation No. 1 | On or about December 1, 2022, the defendant committed the offenses of Unlawful Carrying of a Handgun-prior felony conviction within the last 15 years (I.C. 35-47-2-1.5(b)), Level 5 Felony, and Possession of Methamphetamine (I.C. 35-48-4-6.1(a)), Level 6 Felony, as evidenced by his arrest by the Indiana State Police on that same date. He was subsequently charged with the above crimes in St. Joseph County Superior Court, Cause Number 71D01-2212-F5-000310. This matter is pending. | December 1, 2022 |
| Condition No. 11, Grade B Violation No. 1 | On or about December 1, 2022, the defendant possessed a firearm as evidenced by his arrest by the Indiana State Police and subsequent St. Joseph County Superior Court charges (Cause Number: 71D01-2212-F5-000310). | December 1, 2022 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Remaining allegation of the Petition is dismissed on the motion of the United States.

If the defendant has not already done so, he is again ordered to pay the special assessment under the same terms previously imposed and ordered by the Court in its original judgment.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address or other material change in the defendant's economic circumstances until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

July 20, 2023
Date of Imposition of Judgment

s/ Jon E. DeGuilio
Signature of Judge

Jon E. DeGuilio, United States District Judge
Name and Title of Judge

July 20, 2023
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **8 months.**

The Court makes the following recommendations to the Bureau of Prisons: That the Bureau of Prisons designate as the place of the defendant's confinement, if such placement is consistent with the defendant's security classification as determined by the Bureau of Prisons; an institution where he may receive a substance abuse evaluation and counseling as deemed necessary; and that the defendant be placed in a facility as close as possible to his family in the Northern District of Indiana to facilitate regular family visitation.

The defendant has been in custody since March 21, 2023. To the extent that this time is not credited towards any state sentence, the Court recommends that the defendant be given credit for the otherwise uncredited time served awaiting sentencing, as calculated by the Bureau of Prisons. Pursuant to § 7B1.5, no credit is to be given toward a sentence of imprisonment for time served on supervised release prior to the revocation.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

   Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No further term of supervised release is imposed.